**STATE of Missouri, Respondent,**

v.

**Timothy R. OLIVER, Appellant.**

**No. WD 61013.**

Missouri Court of Appeals,
Western District.

Feb. 11, 2003.

Joseph Ysidore DeCuyper, Jr., Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

## ORDER

Timothy R. Oliver appeals the circuit court's judgment convicting him of first-degree assault. We affirm. Rule 30.25(b).